**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Osiel GARZA, Defendant–
Appellant.**

No. 13–6154.

United States Court of Appeals,
Tenth Circuit.

Dec. 17, 2013.

Ashley Leonard Altshuler, William Lee Borden, Jr., Esq., Debra W. Paull, Esq., Office of the United States Attorney, Oklahoma City, OK, for Plaintiff–Appellee.

William P. Earley, Esq., Office of the Federal Public Defender, Oklahoma City, OK, for Defendant–Appellant.

Before HARTZ, O'BRIEN, and GORSUCH, Circuit Judges.

**ORDER AND JUDGMENT** *

HARRIS L. HARTZ, Circuit Judge.

Jose Osiel Garza appeals his 120–month sentence after his guilty plea to the pos-

---

* After examining the briefs and appellate rec-

ord, this panel has determined unanimously

session of firearms by a convicted felon, 18 U.S.C. § 922(g)(1). He argues that the sentence was substantively unreasonable. The sentence, however, was within the advisory sentencing guideline range and is therefore presumptively reasonable, *see United States v. Kristl,* 437 F.3d 1050, 1055 (10th Cir.2006). Because Mr. Garza has not overcome the presumption, we AFFIRM his sentence.

to grant the parties' request for a decision on the briefs without oral argument. See Fed. R.App. P. 34(f) and 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however,

for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.